**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

IN RE: <u>Michelle M Castaneda</u>                                    CASE NO.: 19-25660

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>NewRez LLC d/b/a</u>                                  <u>Ditech Financial LLC</u>
<u>Shellpoint Mortgage Servicing</u>              Name of Transferor
Name of Transferee

Name and Address where notices to transferee     Court Claim # (if known): <u>7-1</u>
should be sent:                                  Amount of Claim: <u>$159,180.63</u>
                                                 Date Claim Filed: <u>10/31/2019</u>
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Phone: <u>800-365-7107</u>                              Phone: <u>(888) 298-7785</u>
Last Four Digits of Acct #: <u>4469</u>                 Last Four Digits of Acct #: <u>7131</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Eric P. Enciso</u>                           Date: <u>December 16, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 17, 2019 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Michelle M Castaneda
2823 Dorset Lane
Tracy, CA 95377

And via electronic mail to:

Nathan D. Borris
1380 A Street
Hayward, CA 94541

Russell D. Greer
PO Box 3051
Modesto, CA 95353-3051

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

    RAS CRANE LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/ Jessica Norton
    Email: jnorton@rascrane.com