**Fill in this information to identify the case:**

Debtor 1: Michelle M Castaneda

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN DISTRICT of CALIFORNIA
(State)

Case number: 19-25660

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: XXXXXX6841

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: | | (10) | $0.00 |
| 11. | Other. Specify: Plan Review Attorney Fees | 9/20/19 | (11) | $425.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

### Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent. **See below title*

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/  Angie Marth
Signature

Date: 2/14/2020

**Print:** Angie Marth
First Name    Middle Name    Last Name

Title  **Attorney for Creditor

Company   Janeway Law Firm, LLC

Address   949 South Coast Drive, Suite 475
Number    Street

Costa Mesa, CA 92626
City    State    ZIP Code

Contact phone   (877) 257-0717

Email  amarth@logs.com

## PROOF OF SERVICE

I, **Angie M. Marth**, am over the age of eighteen (18) years and my business address is **949 South Coast Drive, Suite 475, Costa Mesa, CA 92626**. On February 14, 2020, I caused to be served the following document described as **Notice of Post-Petition Mortgage Fees** on the interested parties in this action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid in the United States mail at Costa Mesa, California, and/or by NEF addressed as follows:\

**BY FIRST CLASS MAIL:**

*Debtor:*
Michelle M Castaneda
2823 Dorset Ln
Tracy, CA 95377

*Chapter 13 Trustee:*
Russell D. Greer
PO Box 3051
Modesto, CA 95353-3051

*Debtor's Attorney:*
Nathan D. Borris
1380 A Street
Hayward, CA 94541

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: February 14, 2020**     /s/ Angie Marth
                                  Angie M. Marth